IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL SHIFLETT,** | : |
| **Plaintiff,** | : |
| VS. | : |
| | : NO. 5:25-cv-00452-TES-CHW |
| **WARDEN IVEY,** *et al.***,** | : |
| **Defendants.** | : |

### ORDER

Plaintiff Michael Shiflett, who is currently housed in the Smith Transitional Center in Claxton, Georgia, has filed a document that has been docketed in this Court as a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff, however, has not used the required 42 U.S.C. § 1983 form.

Plaintiff is **ORDERED** to recast his complaint on a standard form. The recast complaint must contain a caption that clearly identifies, by name, each individual that Plaintiff has a claim against and wishes to include as a defendant in this action.[1] Plaintiff is to name only the individuals associated with the claim or related claims that he is pursuing in this action. Plaintiff must then tell the Court exactly how that individual violated his constitutional or federal statutory rights, including (1) what each defendant did (or did not do) to violate his rights; (2) when and where each action occurred; and (3) how Plaintiff was injured as a result of each defendant's actions. Plaintiff must complete the

---

[1] Fictitious party pleading, *i.e.*, bringing claims against John Doe defendants, is only permitted in federal court when the plaintiff's description of the defendant is so specific that the party may be identified for service even though his or her actual name is unknown. *See Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010). Plaintiff must do his best to identify each particular individual that he wishes to include as a defendant in this action.

entire complaint form.

Plaintiff's recast complaint **shall take the place of and supersede all allegations made in the original pleading**. The Court will only consider the factual allegations and claims contained in Plaintiff's recast complaint on the enclosed § 1983 form. Thus, any fact Plaintiff deems necessary to his lawsuit should be clearly stated in his recast complaint, even if Plaintiff has previously alleged it in another filing. As stated above, Plaintiff must name each defendant he wishes to sue and if Plaintiff fails to link a named defendant to a claim, the claim will be dismissed.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to refile his complaint on the Court's standard § 1983 form. The clerk is **DIRECTED** to mail Plaintiff a standard 42 U.S.C. § 1983 complaint form with this Order. Plaintiff must immediately inform the Court in writing of any change in his mailing address and failure to do so may result in dismissal of this action. Plaintiff's failure to fully and timely comply with this Order may result in the dismissal of this action.

There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 4th day of December, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
