IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL SHIFLETT,                     :
                                      :
            **Plaintiff,**             :
                                      :
      VS.                             :
                                      :   **NO. 5:25-cv-00452-TES-CHW**
WARDEN IVEY, *et al.*,                 :
                                      :
            **Defendants.**            :

---

## ORDER

Plaintiff Michael Shiflett, who is housed in the Smith Transitional Center in Claxton, Georgia, filed a document that was docketed as a 42 U.S.C. § 1983 civil rights complaint and a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1 & 2. Plaintiff did not, however, use the required § 1983 form. As a result, Plaintiff was ordered to file a recast complaint on the proper form. ECF No. 4.

Plaintiff has now filed a recast complaint and an updated motion to proceed *in forma pauperis*.[1] ECF Nos. 6 & 7. Any court of the United States may authorize the commencement a civil action, without prepayment of the required filing fee (*in forma pauperis*), if the plaintiff shows that he is indigent and financially unable to pay the court's filing fee. *See* 28 U.S.C. § 1915(a). Plaintiff's updated prison trust fund account statement shows that he has a spendable balance of $3,809.69. ECF No. 7-1 at 2. Thus, it appears from his filings that Plaintiff has the ability to pay the Court's $405.00 filing fee.

---

[1]Plaintiff did not originally file his recast complaint within the allotted time and was ordered to show cause why this case should not be dismissed based on his failure to file the recast complaint. ECF No. 5. Plaintiff has filed a response to the show cause order along with his recast complaint. ECF No. 8. Therefore, dismissal for failure to file the recast complaint is not appropriate at this time.

As a result, Plaintiff's motion for leave to proceed *in forma pauperis* (ECF Nos. 2 & 7) is **DENIED** and Plaintiff is **ORDERED** to pay the $405.00 filing fee if he wants to proceed with this action.[2]

Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to pay the $405.00 filing fee.   Plaintiff's failure to pay the filing fee may result in the dismissal of this case.   In the meantime, there shall be no service of process in this case pending further order of the Court.

**SO ORDERED**, this 2nd day of March, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

---

[2]Plaintiff's initial motion to proceed IFP suggested that he was not financially able to pay the filing fee when he filed the complaint.   ECF No. 2-2 at 1.   This Court, however, may consider Plaintiff's improved financial circumstances in ruling on his motion.   *Cf. Murphy v. Jones*, 801 F. Supp. 283, 288-89 (E.D. Mo. 1992) (finding that "the Court may revoke [a] plaintiff's *in forma pauperis* status if there is sufficient evidence that plaintiff's financial condition has improved to the point that plaintiff's economic situation is no longer a significant barrier to maintaining the action").