IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL SHIFLETT,                          :
                                           :
            Plaintiff,                      :
                                           :
      VS.                                   :
                                           :     NO. 5:25-cv-00452-TES-CHW
WARDEN IVEY, *et al.*,                      :
                                           :
            Defendants.                     :
                                           :

## ORDER OF DISMISSAL

Plaintiff Michael Shiflett, who is currently in the Smith Transitional Center in Claxton, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint and a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1 & 2. Thereafter, the United States Magistrate Judge ordered Plaintiff to file a recast complaint on the proper form. ECF No. 4. Thereafter, Plaintiff filed a recast complaint and an updated motion to proceed IFP, which showed that he had the ability to pay the $405.00 filing fee for this case. ECF Nos. 6 & 7; ECF No. 7–1 at 2. As a result, the Magistrate Judge denied Plaintiff's motion for leave to proceed IFP and ordered Plaintiff to pay the $405.00 filing fee if he wanted to proceed with this action. ECF No. 9. The Magistrate Judge gave Plaintiff fourteen days to pay the fee and cautioned Plaintiff that his failure to do so may result in the Court dismissing this case. *Id.*

More than fourteen days have passed since the Magistrate Judge entered that order, and Plaintiff has not paid the filing fee or responded to the show cause order. Thus, because Plaintiff has failed to comply with the Court's orders or to otherwise prosecute this case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**.

*See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir.

2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty.*

*Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua

sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

    **SO ORDERED**, this 20th day of May, 2026.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**